In the Matter of the Claim of LUCY WIGHTMAN, Respondent, against WEST-FALL MANUFACTURING COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

All concur.